(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_EASTERN_ District of _KENTUCKY_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rowland, Brian Keith** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Rowland, Karen Kaye** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fka Karen Kaye Shearer**<br>**fka Karen Kaye Rawlins** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **4000** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) **5225** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3603 Stamper Dr.**<br>**Winchester KY  40391** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3603 Stamper Dr.**<br>**Winchester KY  40391** |
| County of Residence or of the<br>Principal Place of Business:  **Clark** | County of Residence or of the<br>Principal Place of Business:  **Clark** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): **NOT APPLICABLE** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Brian Keith Rowland and Karen Kaye Rowland* | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Brian Keith Rowland*
Signature of Debtor

X */s/ Karen Kaye Rowland*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*10/12/2005*
Date

### Signature of Attorney

X */s/ David G. Perdue*
Signature of Attorney for Debtor(s)

*David G. Perdue 54295*
Printed Name of Attorney for Debtor(s)

*David G. Perdue*
Firm Name

*107 South Main Street*
Address

*P.O. Box 968*

*Winchester KY   40392-0968*

*(859) 745-1942        10/12/2005*
Telephone Number                    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ David G. Perdue*          *10/12/2005*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

In re *Brian Keith Rowland*
   *and*
   *Karen Kaye Rowland*
   *fka Karen Kaye Shearer*
   *fka Karen Kaye Rawlins*

                                                  / Debtor

Case No.
Chapter   7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                                     SOURCE (if more than one)

```
Husband
Year to date:  $34,000+/-      2005:  Walle Corporation
   Last Year:  $32,635.88      2004:  Walle Corporation
Year before:  $25,194.67       2003:  Walle Corporation
```

---

```
Wife
Year to date:  $25,000+/-      2005:  Wintech
   Last Year:  $20,120.66      2004:  Wintech
Year before:  $17,292.32       2003:  Wintech
```

---

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Husband*
Year to date:  $0.00          2005:  none
  Last Year:  $0.00          2004:  none
Year before:  $1,475.59     2003:  Pension withdrawl
_____

*Wife*
Year to date:  $5,404+/-     2005:  Social Security on minor child
  Last Year:  $14,260+/-    2004:  Social Security on minor children
Year before:  $17,385+/-    2003:  Unemployment ($273); Social Security for children
                                   ($17,112)

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:  Citizens Automobile Finance, Inc.*<br>*Address:  One Citizens Dr., Riverside, RI 02915-3000* | *once a month* | *$415.47 per month* | *$14,888 +/-* |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Arrow Financial Services*<br>*vs.*<br>*Brian K. Rowland*<br>*Case #04-CI-00346* | *Action to collect debt* | *Commonwealth of KY Estill Circuit Court Irvine, KY* | *Pending* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| *Name: Citifinancial, Inc.* *Address: P.O. Box 6931, The Lakes, NV 88901-6931* | *July 2005* | *Refinanced 1994 Chevrolet Camaro: $9,000 owed payable at $285 +/- per month for 66 months +/- ($17,138 total of payments)* *(only $99 in new money)* |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: David G. Perdue* *Address: 107 South Main Street, P.O. Box 968, Winchester, KY 40392-0968* | *Date of Payment:* *10/3/05 paid $1,000.00* *Payor: Brian Keith Rowland & Karen K. Rowland* | *$1,000 ($791 on attorney fees and $209 on court costs.)* |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:  Brian & Karen Rowland Address:  1070 Old Fox Rd., Irvine, KY 40336 | Name(s):  Brian Rowland | 2002 thru May 2004 |
| | Karen Rowland | 1994 thru July 2004 |
| Debtor:  Brian Rowland Address:  4360 Combs Ferry Rd., Winchester, KY 40391 | Name(s):  Brian Rowland | May 2004 thru July 2004 |

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under any Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/12/2005_____    Signature _/s/ Brian Keith Rowland_____
                                            Brian Keith Rowland

Date _10/12/2005_____    Signature _/s/ Karen Kaye Rowland_____
                                            Karen Kaye Rowland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B6A (6/90) West Group, Rochester, NY

In re *Brian Keith Rowland and Karen Kaye Rowland* _____ / Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

FORM B6B (10/89) West Group, Rochester, NY

In re **Brian Keith Rowland and Karen Kaye Rowland** _____ / Debtor        Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand* <br> *Location: In debtor's possession* | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account (H) for with Kentucky Bank.* <br> *Location: In debtor's possession* | H | $ 100.00 |
| | | *Checking account (W) Kentucky Bank.* <br> *Location: In debtor's possession* | W | $ 100.00 |
| | | *Christmas Club account (W) with Park Federal Credit Union* <br> *Location: In debtor's possession* | W | $ 100.00 |
| | | *savings Account (W) for wife at Park Federal Credit Union* <br> *Location: In debtor's possession* | W | $ 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Security deposit with landlord* <br> *Location: In landlord's possession* | | $ 750.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods & furnishings* <br> *Location: In debtor's possession* | | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Wearing apparel* <br> *Location: In debtor's possession* | | $ 200.00 |

Page __1__ of __4__

FORM B6B (10/89) West Group, Rochester, NY

In re **Brian Keith Rowland and Karen Kaye Rowland**                                    / Debtor          Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Miscellaneous jewelry<br>Location: In debtor's possession | | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 12 gauge Remington shotgun<br>Location: In debtor's possession | | $ 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lfie insurance policy (W-1) for wife thru employer with Fortis Insurance Company with a face value of $34,000; minimal, if any, cash surrender value<br>Location: In debtor's possession | | Unknown |
| | | Life insurance policy (H) for husband thru employer wtih Fortis Insurance Company with a face value of $30,000 +/-; minimal, if any, cash surrender value<br>Location: In debtor's possession | | Unknown |
| | | Life insurance policy (W-2) for wife thr Provident Life Insurance Company with a face value of $35,322.00 and AD&D of $3,763.00; minimal, if any, cash surrender value.<br>Location: In debtor's possession | | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401k plan for husband (balance as of last statement of $39,327.37)<br>Location: In debtor's possession | H | $ 40,000.00 |
| | | 401K plan for wife (balance as of last statement of $5,028.22)<br>Location: In debtor's possession | W | $ 6,000.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re  **_Brian Keith Rowland and Karen Kaye Rowland_**                    / Debtor          Case No. _____

                                                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Reitirement/Savings plan for husband thru Raytheon Savings & Investment Plan (balance as of last statement of $5,706.57 Location: In debtor's possession_ | H | $ 6,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | _Wages earned but not paid for husband as of date of filing; estimated net bi-weekly wages Location: In debtor's employer's possession_ | H | $ 892.00 |
| | | _Wages earned but not paid for wife as of date of filing; estimated net weekly wages Location: In debtor's employer's possession_ | W | $ 434.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _2005 Federal & state income tax refunds, if any Location: In government's possession_ | | _Unknown_ |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1994 Chevrolet Camaro. Value is based on NADA retail value_ | H | $ 4,025.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re **Brian Keith Rowland and Karen Kaye Rowland** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | 2003 Kia Sportage truck. Value is based on NADA average retail. Location: In debtor's possession | H | $ 9,800.00 |
| | | interest if any in 1999 +/- Mercury Tracer (destroyed by fire August 2004) and hauled to local junk yard (value based based on junk/scrap metal value) Location: unknown | | $ 25.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 70,876.00 |

Page __4__ of __4__

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

In re *Brian Keith Rowland and Karen Kaye Rowland*                    / Debtor        Case No. _____
                                                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any
other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process
under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash on hand* | *11 U.S.C. § 522(d)(5)* | *$ 100.00* | *$ 100.00* |
| *Checking account (H)* | *11 USC 522(d)(5)* | *$ 100.00* | *$ 100.00* |
| *Checking account (W)* | *11 U.S.C. § 522(d)(5)* | *$ 100.00* | *$ 100.00* |
| *Christmas Club account* | *11 U.S.C. § 522(d)(5)* | *$ 100.00* | *$ 100.00* |
| *Savings Account (W)* | *11 USC 522(d)(5)* | *$ 100.00* | *$ 100.00* |
| *Security deposit with landlord* | *11 USC 522(d)(5)* | *$ 750.00* | *$ 750.00* |
| *Household goods & furnishings* | *11 USC 522(d)(3)* | *$ 2,000.00* | *$ 2,000.00* |
| *Wearing apparel* | *11 USC 522(d)(3)* | *$ 200.00* | *$ 200.00* |
| *Miscellaneous jewelry* | *11 USC 522(d)(4)* | *$ 100.00* | *$ 100.00* |
| *12 gauge Remington shotgun* | *11 U.S.C. § 522(d)(5)* | *$ 150.00* | *$ 150.00* |
| *Lfie insurance policy (W-1)* | *11 USC 522(d)(7)*<br>*11 USC 522(d)(8)*<br>*11 USC 522(d)(11)(C)* | *Unknown*<br>*Unknown*<br>*Unknown* | *Unknown* |
| *Life insurance policy (H)* | *11 USC 522(d)(7)*<br>*11 USC 522(d)(8)*<br>*11 USC 522(d)(11)(C)* | *Unknown*<br>*Unknown*<br>*Unknown* | *Unknown* |
| *Life insurance policy (W-2)* | *11 USC 522(d)(7)*<br>*11 USC 522(d)(8)*<br>*11 USC 522(d)(11)(C)* | *Unknown*<br>*Unknown*<br>*Unknown* | *Unknown* |
| *401k plan (H)* | *11 USC 522(d)(10)(E)* | *$ 40,000.00* | *$ 40,000.00* |

In re **Brian Keith Rowland and Karen Kaye Rowland**                / Debtor        Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 401K plan (W) | 11 USC 522(d)(10)(E) | $ 6,000.00 | $ 6,000.00 |
| Retirment (Savings plan) (H) | 11 USC 522(d)(10)(E) <br> 11 USC 522(d)(5) | $ 6,000.00 <br> Unknown | $ 6,000.00 |
| Wages earned but not paid (H) | 15 USC 1673 <br> 11 U.S.C. § 522(d)(5) | $ 669.00 <br> $ 223.00 | $ 892.00 |
| Wages earned but not paid (W) | 15 USC 1673 <br> 11 U.S.C. § 522(d)(5) | $ 325.50 <br> $ 108.50 | $ 434.00 |
| 2005 Federal & state income tax refunds, if any | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| 1994 Chevrolet Camaro | 11 USC 522(d)(5) | Unknown | $ 4,025.00 |
| 2003 Kia Sportage truck | 11 USC 522(d)(2) <br> 11 USC 522(d)(5) | $ 2,950.00 <br> Unknown | $ 9,800.00 |
| interest if any in 1999 +/- Mercury Tracer | 11 USC 522(d)(5) | $ 25.00 | $ 25.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *0892*  *Creditor # : 1*  *Citizens Automobile Finance*  *One Citizens Drive*  *Riverside RI 02915-3000* | | *2003-2005*  *Lien on Certificate of Title*  *2003 Kia Sportage truck*  <br><br> Value: *$ 9,800.00* | | | | *$ 14,888.00* | *$ 5,088.00* |
| Account No: *0892*  *Representing:*  *Citizens Automobile Finance* | | *Charter One Auto Finance*  *228 Main Street East*  *P.O. Box 20361*  *Rochester NY 14604*  <br> Value: | | | | | |
| Account No: *0892*  *Representing:*  *Citizens Automobile Finance* | | *Citizens CAF*  *480 Jefferson Blvd.*  *Warwick RI 02886*  <br> Value: | | | | | |
| Account No: *4705*  *Creditor # : 2*  *Citifinancial*  *P.O. Box 6931*  *The Lakes NV 88901-6931* | | *2004-2005*  *Lien on Certificate of Title*  *1994 Chevrolet Camaro*  <br> Value: *$ 4,025.00* | | | | *$ 17,138.00* | *$ 13,113.00* |

__1__    continuation sheets attached

Subtotal $    32,026.00
(Total of this page)
Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor     Case No._____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: **4705** **Representing:** **Citifinancial** | | **Citifinancial** **946-6 Commercial Dr.** **Richmond KY 40475-3431** Value: | | | | | |
| Account No: **Creditor # : 3** **Dyatech** **Wintech, Inc.** **1175 Enterprise Drive** **Winchester KY 40391** | | **5/2005** **401k loan** Value: **$ 6,000.00** | | | | **$ 1,000.00** | **$ 0.00** |
| Account No: **Creditor # : 4** **Gross Bunt Auto Sales** **Richmond Road** **Irvine KY 40336** | | **7/2004** **Lien on Certificate of Title interest if any in 1999 +/- Mercury Tracer (distroyed by fire in Aug. 2004)** Value: **$ 25.00** | | | | **$ 25,000.00** | **$ 24,975.00** |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet No. 1    of    1    continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $    26,000.00
(Total of this page)

Total $    58,026.00
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04)  West Group, Rochester, NY

In re  **Brian Keith Rowland and Karen Kaye Rowland**_____ / Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  0092<br>Creditor # : 1<br>AT&T Wireless<br>P.O. Box 8220<br>Aurora IL 60572-8220 | | 2003-2005<br>Utility Bills<br>(telephone service) | | | | $ 569.26 |
| Account No:  0092<br>Representing:<br>AT&T Wireless | | AT&T Wireless<br>P.O. Box 944039<br>Maitland FL 32794-4039 | | | | |
| Account No:  1733<br>Creditor # : 2<br>Capital One<br>P.O. Box 790216<br>St. Louis MO 63179-0216 | | 2002-2005<br>Credit Card Purchases | | | | $ 533.00 |
| Account No:  1733<br>Representing:<br>Capital One | | Capital One<br>P.O. Box 30285<br>Salt Lake City UT 84130-0285 | | | | |

_6_ continuation sheets attached

Subtotal $ _____  1,102.26
(Total of this page)

Total $ _____
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor    Case No._____
                                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: _1733_  Representing: Capital One | | Capital One P.O. Box 85617 Richmond VA 23285-5617 | | | | | |
| Account No: _1733_  Representing: Capital One | | Capital One P.O. Box 85015 Richmond VA 23285 | | | | | |
| Account No: _4752_  Creditor # : 3 Capital One P.O. Box 85147 Richmond VA 23276 | | 2003-2005  Credit Card Purchases | | | | | $ 900.97 |
| Account No: _4752_  Representing: Capital One | | Capital One P.O. Box 85015 Richmond VA 23285-5015 | | | | | |
| Account No: _4752_  Representing: Capital One | | Mitchell N. Kay Law Offices 7 Penn Plaza - 18th Floor New York NY 10001-3995 | | | | | |
| Account No: _4752_  Representing: Capital One | | Mitchell N. Kay Law Offices P.O. Box 9006 Smithtown NY 11787-9006 | | | | | |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    900.97
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: <br> *Creditor # : 4* <br> *Clark Regional Medical Center* <br> *P.O. Box 950* <br> *Winchester KY 40392-0950* | | *2004-2005* <br> *Medical Bills* <br> *Multiple accounts* | | | | | *$ 3,604.50* |
| Account No: *8262* <br> *Creditor # : 5* <br> *GE Capital Cons Cardco* <br> *P.O. Box 9001557* <br> *Louisville KY 40290-1557* | | *2003-2005* <br> *Credit Card Purchases* | | | | | *$ 5,211.00* |
| Account No: *8262* <br> *Representing:* <br> *GE Capital Cons Cardco* | | *GE Capital Financial, Inc.* <br> *P.O. Box 3601* <br> *Dayton OH 45401* | | | | | |
| Account No: *8262* <br> *Representing:* <br> *GE Capital Cons Cardco* | | *GE Capital/At Home at Bass* <br> *P.O. Box 276* <br> *Dayton OH 45401-0276* | | | | | |
| Account No: *8262* <br> *Representing:* <br> *GE Capital Cons Cardco* | | *Arrow Financial Service* <br> *c/o Immerman & Tobin Co., LPA* <br> *632 Vine St, Suite 1010* <br> *Cincinnati OH 45202* | | | | | |
| Account No: *8262* <br> *Representing:* <br> *GE Capital Cons Cardco* | | *Immerman & Tobin Co., LPA* <br> *632 Vine Street* <br> *Suite 1010* <br> *Cincinnati OH 45202* | | | | | |

Sheet No. _2_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)                    *8,815.50*

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:  8262 Representing: GE Capital Cons Cardco | | GEMB/Suzuki M'dwest P.O. Box 276 Dayton OH 45401 | | | | | |
| Account No:  4453 Creditor # : 6 GE Capital Financial, Inc. P.O. Box 79042 Phoenix AZ 85062-9042 | | 2002-2005 deficiency on repossession (2002 Polaris ATV Vin #4XACH50A32B765181) | | | | | $ 5,832.73 |
| Account No:  4453 Representing: GE Capital Financial, Inc. | | Concord Servicing Corporation P.O. Box 4600 Scottsdale AZ 85261 | | | | | |
| Account No:  4453 Representing: GE Capital Financial, Inc. | | GE Capital Financial, Inc. 6560 N. Scottsdale Rd. Suite #100 Scottsdale AZ 85253 | | | | | |
| Account No:  4453 Representing: GE Capital Financial, Inc. | | GEMB/Bombardier P.O. Box 6153 Rapid City SD 57709-6153 | | | | | |
| Account No:  4438 Creditor # : 7 GE Capital Financial, Inc. P.O. Box 79042 Phoenix AZ 85062-9042 | | 2003-2005 deficiency on repossession (2002 Polaris ATV Vin # 4XACH50A82C613553) | | | | | $ 5,839.91 |

Sheet No.  3  of  6  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    11,672.64
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor  Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **4438** <br> *Representing:* <br> *GE Capital Financial, Inc.* | | *GE Capital Financial, Inc.* <br> *6560 N. Scottsdale Rd.* <br> *Suite #100* <br> *Scottsdale AZ 85253* | | | | |
| Account No: **4438** <br> *Representing:* <br> *GE Capital Financial, Inc.* | | *GEMB/Bombardier* <br> *P.O. Box 6153* <br> *Rapid City SD 57709-6153* | | | | |
| Account No: **2080** <br> *Creditor # : 8* <br> *HSBC Card Services* <br> *P.O. Box 5222* <br> *Carol Stream IL 60197-5222* | | *2003-2005* <br> *Credit Card Purchases* | | | | $ 376.00 |
| Account No: **2080** <br> *Representing:* <br> *HSBC Card Services* | | *HSBC Card Services* <br> *P.O. Box 81622* <br> *Salinas CA 93912-1622* | | | | |
| Account No: **9830** <br> *Creditor # : 9* <br> *Kathryn B. Jones, M.D.* <br> *1109 McCann Dr.* <br> *Winchester KY 40391* | | *2004-2005* <br> *Medical Bills* | | | | $ 20.00 |
| Account No: **9830** <br> *Representing:* <br> *Kathryn B. Jones, M.D.* | | *First Federal Credit Control* <br> *1550 Old Henderson Rd.* <br> *Suite 100* <br> *Columbus OH 43220-3626* | | | | |

Sheet No. **4** of **6** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 396.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_ _____ / Debtor        Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    9830<br><br>*Representing:*<br>*Kathryn B. Jones, M.D.* | | *First Federal Credit Union*<br>*P.O. Box 20790*<br>*Columbus OH 43220-0790* | | | | |
| Account No:<br>*Creditor # : 10*<br>*Lexington Clinic*<br>*P.O. Box 12890*<br>*Lexington KY 40583-2890* | | *2004-2005*<br>*Medical Bills* | | | | $ 419.65 |
| Account No:<br>*Creditor # : 11*<br>*David McMenamin, M.D.*<br>*138 Professional Avenue*<br>*Winchester KY 40391* | | *2004-2005*<br>*Medical Bills* | | | | $ 20.00 |
| Account No:    7816<br>*Creditor # : 12*<br>*National City Bank*<br>*1601 ByPass Rd.*<br>*Winchester KY 40391* | | *2004-2005*<br>*deficiency on repossession*<br>*(1997 Skeeter boat)* | | | | $ 12,183.00 |
| Account No:    7816<br><br>*Representing:*<br>*National City Bank* | | *Weltman, Weinberg & Reis Co.*<br>*323 W. Lakeside Ave., Ste. 200*<br>*Cleveland OH 44113-1099* | | | | |
| Account No:    7816<br><br>*Representing:*<br>*National City Bank* | | *National City Bank*<br>*P.O. Box 5055*<br>*Indianapolis IN 46255* | | | | |

Sheet No.    5   of    6   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   12,622.65
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian Keith Rowland and Karen Kaye Rowland_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:<br><br>*Creditor # : 13*<br>*Patty A. Clay Hospital*<br>*526 Eastern Bypass*<br>*Richmond KY 40475* | | *2004-2005*<br>*Medical Bills* | | | | | *$ 686.46* |
| Account No:<br><br>*Creditor # : 14*<br>*Peebles Department Store*<br>*1 Peebles Street*<br>*South Hill VA 23970* | | *2004-2005*<br>*Misc. Purchases on credit* | | | | | *Unknown* |
| Account No:   *9980*<br>*Creditor # : 15*<br>*Regional Physicians Corp.*<br>*P.O. Box 4140*<br>*Winchester KY 40392-4140* | | *2004-2005*<br>*Medical Bills* | | | | | *$ 21.67* |
| Account No:<br><br>*Creditor # : 16*<br>*Jeffrey Todd Scobee, DMD*<br>*1216 W. Lexington Ave.*<br>*Winchester KY 40391* | | *2004-2005*<br>*Medical Bills* | | | | | *$ 1,747.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   *6*  of   *6*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *2,455.13*
(Total of this page)

Total $   *37,965.15*
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re **_Brian Keith Rowland and Karen Kaye Rowland_** _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re **_Brian Keith Rowland and Karen Kaye Rowland_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re **Brian Keith Rowland and Karen Kaye Rowland** _____ / Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Son** | **13 yrs** |
| | **Daughter** | **10 yrs** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Forklift driver** | **Team Leader** |
| Name of Employer | **Walle Corporation** | **Wintech** |
| How Long Employed | **11 yrs.** | **5 yrs.** |
| Address of Employer | **1 Walle Dr.**<br>**Winchester KY  40391** | **1175 Enterprise Dr.**<br>**Winchester KY  40391** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,123.33 | $ | 2,184.00 |
| Estimated Monthly Overtime | $ | 258.79 | $ | 383.76 |
| SUBTOTAL | $ | 2,382.12 | $ | 2,567.76 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | 379.45 | $ | 441.83 |
| b. Insurance | $ | 70.61 | $ | 239.68 |
| c. Union Dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): **Charity** | $ | 0.00 | $ | 4.33 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 450.06 | $ | 685.84 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,932.06 | $ | 1,881.92 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from Real Property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social Security or other government assistance Specify: | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income Specify: | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,932.06 | $ | 1,881.92 |

TOTAL COMBINED MONTHLY INCOME   $ _____ 3,813.98
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Husband has $87.96 deducted from his wages bi-weekly approximately for 401K which is not included in budget for bankruptcy purposes.**

**Wife has $28.43 for 401K and $21.66 for 401K loan deducted from her weekly wages which is not included in budget for bankruptcy purposes.**

**Debtors are surrendering car and will need to obtain replacement vehicle as soon as financially able at estimated cost of $300 per month.**

FORM B6J (6/90) West Group, Rochester, NY

In re *Brian Keith Rowland and Karen Kaye Rowland* _____ / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 750.00 |
| Are real estate taxes included?          Yes ☐    No ☒ | | |
| Is property insurance included?          Yes ☐    No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 210.00 |
|      Water and sewer | $ | 100.00 |
|      Telephone | $ | 90.00 |
|      Other    *Cellular telephone* | $ | 60.00 |
|      Other    *Cable or Satellite* | $ | 115.00 |
|      Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 20.00 |
| Food | $ | 600.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | 0.00 |
|      Life | $ | 0.00 |
|      Health | $ | 0.00 |
|      Auto | $ | 108.00 |
|      Other | $ | 0.00 |
|      Other | $ | 0.00 |
|      Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify:    *Car taxes & registration* | $ | 15.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | 415.47 |
|      Other: | $ | 0.00 |
|      Other: | $ | 0.00 |
|      Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:    *Misc. minor household expenses* | $ | 80.00 |
| Other:    *Misc. personal hygiene expense* | $ | 80.00 |
| Other:    *School expenses* | $ | 150.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ | 3,453.47 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

In re *Brian Keith Rowland and Karen Kaye Rowland*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $        0.00 | | |
| B-Personal Property | *Yes* | *4* | $    70,876.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    58,026.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $        0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $    37,965.15 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    3,813.98 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    3,453.47 |
| Total Number of Sheets in All Schedules ▶ | | *21* | | | |
| Total Assets ▶ | | | $    70,876.00 | | |
| Total Liabilities ▶ | | | | $    95,991.15 | |

FORM B6 (6/90) West Group, Rochester, NY

In re **Brian Keith Rowland and Karen Kaye Rowland** _____ / Debtor    Case No. _____
                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES


## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _**10/12/2005**_____        Signature _**/s/ Brian Keith Rowland**_____
                                                    **Brian Keith Rowland**


Date: _**10/12/2005**_____        Signature _**/s/ Karen Kaye Rowland**_____
                                                    **Karen Kaye Rowland**

Rule 2016(b) (USBAP USBankruptcyProcedures)NY

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

In re   *Brian Keith Rowland*                                    Case No.
            *and*                                                          Chapter  *7*
         *Karen Kaye Rowland*
         *fka Karen Kaye Shearer*
         *fka Karen Kaye Rawlins*

_____ / Debtor

Attorney for Debtor:   *David G. Perdue*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *791.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____ *791.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*209.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *10/12/2005*                    Respectfully submitted,


                                       X */s/ David G. Perdue*_____
Attorney for Petitioner:*David G. Perdue*
                        *David G. Perdue*
                        *107 South Main Street*
                        *P.O. Box 968*
                        *Winchester KY   40392-0968*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

In re *Brian Keith Rowland and Karen Kaye Rowland*          Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                        [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _10/12/2005_          Debtor: _/s/ Brian Keith Rowland_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

In re *Brian Keith Rowland and Karen Kaye Rowland*

Case No.
Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

| |
|---|
| **1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.** |

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a. Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b. Property to Be Retained.**                                          [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: *10/12/2005*_____        Debtor: */s/ Karen Kaye Rowland*_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

In re *Brian Keith Rowland and Karen Kaye Rowland*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

### a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| *1994 Chevrolet Camaro* | *Citifinancial* |

### b.  Property to Be Retained.

[Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *interest if any in 1999 +/- Mercury Tracer* | *Gross Bunt Auto Sales* | X | X | |
| *401K plan (W)* | *Dyatech* | X | X | X |
| *2003 Kia Sportage truck* | *Citizens Automobile Finance* | X | X | X |

### Signature of Debtor(s)

Date: *10/12/2005*

Debtor: */s/ Brian Keith Rowland*

Date: *10/12/2005*

Joint Debtor: */s/ Karen Kaye Rowland*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

In re *Brian Keith Rowland*
   *and*
   *Karen Kaye Rowland*
   *fka Karen Kaye Shearer*
   *fka Karen Kaye Rawlins*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **David G. Perdue**

## VERIFICATION OF MAILING LIST MATRIX

I, *Brian Keith Rowland & Karen Kaye Rowland*_____, the petitioner(s) in the above-styled bankruptcy action, declare

under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting

of ____*6*____ pages is true and correct and complete, to the best of my (our) knowledge.

DATED: *10/12/2005*_____

**/s/ Brian Keith Rowland**_____
DEBTOR

**/s/ Karen Kaye Rowland**_____
JOINT DEBTOR

I, **David G. Perdue**_____, counsel for the petitioner(s) in the above-styled bankruptcy

action, declare that the attached mailing matrix consisting of ___*6*____ pages has been verified by

comparison to Schedules D through H to be complete, to the best of my knowledge.  I further delcare that

the attached mailing list matrix can be relied upon by the Clerk of the Court to provide notice to all creditors

and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such

time as any amendments may be made.

DATED *10/12/2005*_____

**/s/ David G. Perdue**_____
COUNSEL FOR DEBTOR(S)

Arrow Financial Service
c/o Immerman & Tobin Co., LPA
632 Vine St, Suite 1010
Cincinnati, OH  45202


AT&T Wireless
P.O. Box 8220
Aurora, IL  60572-8220


AT&T Wireless
P.O. Box 944039
Maitland, FL  32794-4039


Capital One
P.O. Box 85147
Richmond, VA  23276


Capital One
P.O. Box 85015
Richmond, VA  23285-5015


Capital One
P.O. Box 85015
Richmond, VA  23285


Capital One
P.O. Box 85617
Richmond, VA  23285-5617


Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Capital One
P.O. Box 790216
St. Louis, MO  63179-0216


Charter One Auto Finance
228 Main Street East
P.O. Box 20361
Rochester, NY  14604


Citizens Automobile Finance
One Citizens Drive
Riverside, RI  02915-3000


Citifinancial
P.O. Box 6931
The Lakes, NV  88901-6931


Citifinancial
946-6 Commercial Dr.
Richmond, KY  40475-3431


Citizens CAF
480 Jefferson Blvd.
Warwick, RI  02886


Clark Regional Medical Center
P.O. Box 950
Winchester, KY  40392-0950


Concord Servicing Corporation
P.O. Box 4600
Scottsdale, AZ  85261

Dyatech
Wintech, Inc.
1175 Enterprise Drive
Winchester, KY  40391


First Federal Credit Control
1550 Old Henderson Rd.
Suite 100
Columbus, OH  43220-3626


First Federal Credit Union
P.O. Box 20790
Columbus, OH  43220-0790


GE Capital Cons Cardco
P.O. Box 9001557
Louisville, KY  40290-1557


GE Capital Financial, Inc.
P.O. Box 79042
Phoenix, AZ  85062-9042


GE Capital Financial, Inc.
6560 N. Scottsdale Rd.
Suite #100
Scottsdale, AZ  85253


GE Capital Financial, Inc.
P.O. Box 3601
Dayton, OH  45401


GE Capital/At Home at Bass
P.O. Box 276
Dayton, OH  45401-0276

```
GEMB/Bombardier
P.O. Box 6153
Rapid City, SD  57709-6153



GEMB/Suzuki M'dwest
P.O. Box 276
Dayton, OH  45401



Gross Bunt Auto Sales
Richmond Road
Irvine, KY  40336



HSBC Card Services
P.O. Box 81622
Salinas, CA  93912-1622



HSBC Card Services
P.O. Box 5222
Carol Stream, IL  60197-5222



Immerman & Tobin Co., LPA
632 Vine Street
Suite 1010
Cincinnati, OH  45202



Kathryn B. Jones, M.D.
1109 McCann Dr.
Winchester, KY  40391



Mitchell N. Kay Law Offices
7 Penn Plaza - 18th Floor
New York, NY  10001-3995
```

Mitchell N. Kay Law Offices
P.O. Box 9006
Smithtown, NY  11787-9006


Lexington Clinic
P.O. Box 12890
Lexington, KY  40583-2890


David McMenamin, M.D.
138 Professional Avenue
Winchester, KY  40391


National City Bank
1601 ByPass Rd.
Winchester, KY  40391


National City Bank
P.O. Box 5055
Indianapolis, IN  46255


Patty A. Clay Hospital
526 Eastern Bypass
Richmond, KY  40475


Peebles Department Store
1 Peebles Street
South Hill, VA  23970


Regional Physicians Corp.
P.O. Box 4140
Winchester, KY  40392-4140

Jeffrey Todd Scobee, DMD
1216 W. Lexington Ave.
Winchester, KY  40391


Weltman, Weinberg & Reis Co.
323 W. Lakeside Ave., Ste. 200
Cleveland, OH  44113-1099

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| *10/12/2005* | */s/Brian Keith Rowland* | |
| Date | Signature of Debtor | Case Number |
| *10/12/2005* | */s/Karen Kaye Rowland* | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY      COURT COPY
(circle one)